UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RUNWAY TOWING CORP. INC.,

                Plaintiff,

-against-

THE NEW YORK CITY DEPARTMENT OF
CONSUMER AND WORKER PROTECTION,

                Defendant.

ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING
ORDER

Docket No.: 1:23-cv-01095 (ENV)(PK)

---

Upon the affidavit of Cynthia Pritsinevelos, sworn to on the 20th day of February 2023, and upon the copy of the complaint, affirmation of exigent circumstances with exhibits of Errol Margolin, dated February 21, 2023 and memorandum of law in support dated February 21, 2023, hereto annexed, it is ORDERED, that the above-named defendant, show cause before a motion term of this Court, at ~~room 1185~~ Courtroom 4C at the United States Court House, located at 225 Cadman Plaza East in Kings County and State of New York, on February 28, 2023, at ~~2 O'clock in the PM~~ 11:30 AM, or as in the forenoon soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from terminating Runway Towing Corp., Inc's operating license and permitting Runway to operate its business during the pendency of this action.

~~ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 FRCP, the defendant is temporarily restrained and enjoined from terminating Runway Towing Corp. Inc.'s operating license on February 28, 2023, its expiration date, and is further ORDERED, that security in the amount of $_____ be posted by plaintiff.~~

*[signature]*
USDJ.

It is further ORDERED, that personal service and/or service via ECF of a copy of this Order and annexed affidavit(s) and accompanying documents, upon the defendant(s) or its counsel on or before __6__ o'clock in the after___noon, on the __23__ day of February, 2023, shall be deemed good and sufficient service thereof.

Dated: Brooklyn, New York
February ~~22~~ 23, 2023

/s/Eric N. Vitaliano

United States District Judge

Defendant shall serve and file copy answering papers no later than 12:00 o'clock Noon on Monday, February 27, 2023 /s/
USDJ