

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KERRI A. DEVINE**
phone: (212)356-2214
cell: (646)629-3118
fax: (212)356-2019
email: kdevine@law.nyc.gov

March 9, 2023

**By ECF**
Honorable Eric N. Vitaliano
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Runway Towing Corp. Inc., v. the New York City Department of Consumer and Worker Protection, 23 CV 1095

Your Honor:

  I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant New York City Department of Consumer and Worker Protection ("DCWP"), in the above-referenced matter.

  I am writing to inform you that as the Appellate Division, First Department has not yet issued a decision on the motion to reargue/leave to appeal the decision in Runway Towing Corp., Inc. v. New York City Dep't of Consumer & Worker Protection, 2021-03531, 2022 N.Y. App. Div. LEXIS 7133 (1st Dep't Dec. 22, 2022), and since, consequently, the stay issued therein remains in effect, DCWP has extended plaintiff's temporary operating license until March 28, 2023.

  Thank you for your consideration in this matter.

            Respectfully submitted,

            *Kerri A. Devine* /s/

            Kerri A. Devine
            Assistant Corporation Counsel

cc: **By ECF**
   Errol F. Margolin, Esq.